JOSEPH C. PILLMAN et al., Respondents, *v.* C. EDWARD BILLQVIST et al., Appellants, Impleaded with Another.

*Pillman v. Billqvist,* 110 App. Div. 889, affirmed.
(Argued January 16, 1907; decided February 1, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 20, 1905, affirming a judgment in favor of plain-

tiffs entered upon the report of a referee in an action to recover for breach of contract.

*George L. Shearer* for appellants.

*John Larkin* and *Alexander S. Andrews* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, VANN, WERNER, HISCOCK and CHASE, JJ.